COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-204-CV

KEVIN WADE AND 

SHEILA LUSTER APPELLANTS

V.

SHANE MURPHY AND 

DENISE MURPHY APPELLEES

----------

FROM THE 211
TH
 DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss For Mootness.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

         DELIVERED: December 31, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.